

ATTORNEYS AT LAW

800 Third Avenue
13th Floor
New York, NY 10022

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

Concepcion A. Montoya
212-471-6228
cmontoya@hinshawlaw.com

November 10, 2015

**VIA ELECTRONIC FILING**
Hon. Steven M. Gold
Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      *Re:    Niederman v. The CBE Group, Inc.*
              *Docket No. 15-cv-03846-JG-SMG*

Dear Magistrate Gold:

     We represent The CBE Group, Inc. ("CBE"), in the above-referenced lawsuit. An initial conference is scheduled on Friday, November 13, 2015, at 11:00 a.m. We are pleased to advise the Court that the parties have settled this matter. Accordingly, we respectfully request that the Court cancel the initial conference scheduled on November 13, 2015.

     We thank the Court for its consideration of this request and assistance in this matter.

                                    Respectfully submitted,

                                    HINSHAW & CULBERTSON LLP

                                    By: *s/ Concepcion A. Montoya*
                                         Concepcion A. Montoya (CM-7147)

cc:    David Palace, Esq. (Via ECF)

Arizona   California   Florida   Illinois   Indiana   Massachusetts   Minnesota   Missouri   New York   Oregon   Rhode Island   Wisconsin
131210647v1 0976700